**EXHIBIT 1**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORANGEBURG ) | |
| ) | |
| Leondrai Elliott ) | C. A. No.:  2021-CP-38- |
|         Plaintiff, ) | |
| ) | |
| v. ) | **SUMMONS** |
| ) | **(Jury Trial Requested)** |
| Dollar General Corporation, Dolgencorp ) | |
| LLC and Dollar General Store 6558 ) | |
|         Defendants. ) | |

TO:     DEFENDANTS IN THE ABOVE CAPTIONED CASE:

YOU ARE HEREBY SUMMONED and required to appear and defend by answering the Complaint in this action, a copy of which is hereby served upon you, and to serve a copy of your Answer on the subscribers at their offices, 2100 Poinsett Highway, Suite D, Greenville, SC 29609, within thirty (30) days after the service hereof, exclusive of the day of such service; and if you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

                                              s/Robert C. Childs, III
                                              Robert C. Childs, III, #1218
                                              Attorney for Plaintiff
                                              2100 Poinsett Hwy, Suite D
                                              Greenville, SC 29609
                                              (864) 242-9997
                                              Fax (864) 242-9914
                                              Robert@LawyerChilds.com

                                              *s/ David Thomas*
                                              Attorney Bar No. 09952
                                              Attorney for Plaintiffs
                                              23 Wade Hampton Blvd
                                              Greenville, SC 29609
                                              Greenville, SC (864) 271-1707

Date:5/19/2021                                        Fax: (864) 271-6371
Greenville SC                                   david@davidthomaslawfirm.com

ELECTRONICALLY FILED - 2021 May 24 11:05 AM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

**EXHIBIT 1**

ELECTRONICALLY FILED - 2021 May 24 11:05 AM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA ) | | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORANGEBURG ) | | |
| ) | | |
| Leondrai Elliott ) | | C. A. No.:  2021-CP-38- |
|         Plaintiff, ) | | |
| ) | | |
| v. ) | | **COMPLAINT** |
| ) | | **(Jury Trial Requested)** |
| Dollar General Corporation, Dolgencorp ) | | |
| LLC and Dollar General Store 6558 ) | | |
|         Defendants. ) | | |

**PARTIES AND BACKGROUND**

The Plaintiff, complaining of the Defendants above named, would respectfully show unto the Court as follows:

1. Plaintiff Leondrai Elliott (hereinafter referred to as "Leondrai") is a citizen and resident of the County of Calhoun, State of South Carolina.

2. The Defendant Dollar General Corporation, (hereinafter referred to as the "Defendants") is a corporation organized in the state of Tennessee and doing business in the State of South Carolina and doing business as Dollar General.

3. The Defendant, Dolgencorp LLC (hereinafter referred to as "Defendant") is a wholly owned subsidiary of the Defendant Dollar General Corporation which operates various stores for the Defendant Dollar General Corporation in the State of South Carolina.

4. The Defendants operate a Dollar General store at 6508 Charleston Highway, in the County of Orangeburg, State of South Carolina known as Dollar General Store 6558 (herein after referred to as "The Defendants' premises")

5. On June 19, 2018 Leondrai was shopping at the Defendant's premises.

6. Unknown to Leondrai, the area that Leondrai was shopping in on the Defendants' premises was in an unsafe and dangerous condition.

**EXHIBIT 1**

ELECTRONICALLY FILED - 2021 May 24 11:05 AM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

7. The Defendants, their agents and their employees were aware or should have been aware of the condition of the area was unsafe and dangerous but failed to take any action concerning that condition prior to Leondrai's entry into the area.

8. There were no signs, warnings, alerts, mats, carpets, or other safety devices present when Leondrai entered the aisle.

9. The condition of the entry area was not apparent to Leondrai and its condition caused her to violently collide with the floor of the entry area.

10. As a result of the collision with the floor, Leondrai has and will suffer from pain and discomfort, medical expenses, mental anguish, lost earnings, and permanent impairment.

11. The Defendants, their agents and their employees knew or should have known that the premises were defective and failed to take any action to warn Leondrai of the dangerous condition and failed to remedy the defect in a reasonable period of time.

12. The Defendants knew or should have known that the premises was not properly cleaned to afford safe transit for patrons through areas of the business.

13. The Defendants, their agents and their employees were grossly negligent, willful, wanton, and reckless in the following and other particulars;

    a. In failing to regularly inspect areas of the building for dangerous and defective conditions;

    b. In failing to place appropriate safety devices in dangerous and defective areas of the business;

    c. In failing to place appropriate warning devices in dangerous and defective areas of the business;

    d. In failing to clean the dangerous and defective areas of the business;

ELECTRONICALLY FILED - 2021 May 24 11:05 AM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

    e.  In failing to adequately monitor areas of the business;

    f.  In failing to implement appropriate training, information, and policies to its agents and employees to prevent, detect, and report unsafe conditions; and

    g.  In failing to do such things as a reasonably prudent entity would have done under the circumstances then and the existing.

14. Said acts being in violation of the statutory and common laws of the State of South Carolina.

15. All of which were the direct and proximate cause of the Leondrai's damages alleged herein.

16. Leondrai is informed and believes that he is entitled to judgment against the Defendants for the actual damages alleged herein and punitive damages should be awarded.

WHEREFORE, having fully plead, the Plaintiff requests the following:

1. A jury trial on all issues to triable.

2. For judgment against the Defendants for actual and punitive damages in an amount to be determined by a jury.

3. For such other and further relief as the court deems just and proper.

                                              *Robert C. Childs, III, #1218*
Attorney for Plaintiff
2100 Poinsett Hwy, Suite D
Greenville, SC 29609
(864) 242-9997
Fax (864) 242-9914
Greenville, South Carolina        Robert@LawyerChilds.com
Date: 05/19/2021

                                              *s/ David Thomas*
Attorney Bar No. 09952

**EXHIBIT 1**

ELECTRONICALLY FILED - 2021 May 24 11:05 AM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

        Attorney for Plaintiffs  
        23 Wade Hampton Blvd  
        Greenville, SC 29609  
        Greenville, SC (864) 271-1707  
        Fax: (864) 271-6371  
        david@davidthomaslawfirm.com

Page **5** of **5**

ELECTRONICALLY FILED - 2021 Jun 23 2:23 PM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF ORANGEBURG ) <br> ) <br> Leondrai Elliott ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Dollar General Corporation, Dolgencorp ) <br> LLC and Dollar General Store 6558 ) <br>         Defendants. ) | IN THE COURT OF COMMON PLEAS <br><br> C. A. No.: 2021-CP-38- <br><br> **CERTIFICATE OF SERVICE** <br> **CERTIFIED MAIL** |

This certifies that I, the undersigned Paralegal of Childs Law Firm LLC sent a copy of the following documents

*Summons & Complaint*

to Defendant,

Dollar General Corporation
Att: Registered Agent: Corp Service Co.
2908 Poston Ave
Nashville, TN 37203

by Certified Mail – Return Receipt Attached

*[Signature: Patsy N. Ahearn]*
Patsy N. Ahearn, Paralegal to
Robert C. Childs III #1218

Page **1** of **1**

**EXHIBIT 1**




**EXHIBIT 1**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORANGEBURG ) | |
| ) | |
| Leondrai Elliott ) | C. A. No.: 2021-CP-38- |
|       Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | **CERTIFIED MAIL** |
| Dollar General Corporation, Dolgencorp ) | |
| LLC and Dollar General Store 6558 ) | |
|       Defendants. ) | |

This certifies that I, the undersigned Paralegal of Childs Law Firm LLC sent a copy of the following documents

*Summons & Complaint*

to Defendant,

Dolgencorp LLC
Att: Registered Agent – Corporation Service Co
508 Meeting St
West Columbia, SC 29169

by Certified Mail – Return Receipt Attached

                                                */s/ Patsy N. Ahearn*
                                                Patsy N. Ahearn, Paralegal to
                                                Robert C. Childs III #1218

ELECTRONICALLY FILED - 2021 Jun 23 2:34 PM - ORANGEBURG - COMMON PLEAS - CASE#2021CP3800578

**EXHIBIT 1**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dolgencorp llc
Att: Registered Agent - Corporation Service Co.
508 Meeting St
West Columbia SC 29169

0590 9402 6351 0296 7753 55

2. Article Number (Transfer from service label)

7019 0700 0000 5725 5033

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Trey Wilkins
C. Date of Delivery: 6/15/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

E044C01

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
■ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

West Columbia, SC 29169       OFFICIAL USE

Certified Mail Fee: $3.60     0690  04
$2.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $____
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $____

Postage: $0.75

Total Postage and Fees: $7.20

Postmark Here: 06/08/2021     E044C01

Sent To: Dolgen corp llc
Street and Apt. No., or PO Box No.: 508 Meeting St
City, State, ZIP+4®: West Columbia SC 29169

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7019 0700 0000 5725 5033